```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    WENDY KIRCHGESTNER
 6
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,     )  Mag. No. 04-0319 KJM
                                  )
14              Plaintiff,        )
                                  )  STIPULATION; ORDER DENYING
15       v.                       )  CONTINUANCE
                                  )
16  WENDY KIRCHGESTNER,           )
                                  )  Date: April 27, 2006
17              Defendant.        )  Time: 10:00am
                                  )  Judge: Hon. Kimberly J. Mueller
18  _____)
19
20       IT IS HEREBY STIPULATED and agreed to between the United States of
21  America through MATTHEW C. STEGMAN, Assistant United States Attorney,
22  and defendant, WENDY KIRCHGESTNER, by and through her counsel, LIVIA R.
23  MORALES, Staff Attorney, that the status hearing set for April 27,
24  2006, be rescheduled for June 1, 2006, at 10:00 a.m.
25  / / /
26  / / /
27  / / /
28
```

1  Defendant does not need to appear in court if full payment of fine has
2  been made prior to June 1, 2006 and the matter will be dropped from
3  calendar.
4  Dated:  April 24, 2006

Respectfully submitted,

DANIEL J. BRODERICK,
Acting Federal Defender


/S/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
WENDY KIRCHGESTNER

Dated:  April 24, 2006

McGREGOR W. SCOTT
United States Attorney

/S/ Matthew C. Stegman
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**O R D E R**

The request to continue the hearing calendared for April 27, 2006 is denied.  Defendant shall appear on the originally scheduled date for a hearing on the status of compliance with terms of probation.

IT IS SO ORDERED.

Dated:  April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE