IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                        No.  04-MJ-0319 KJM

    vs.

WENDY KIRCHGESTNER,

        Defendant.                  <u>ORDER TO SHOW CAUSE</u>

_____/

        On April 24, 2006, Assistant Federal Defender Livia Morales submitted a stipulation and proposed order, continuing the control date in this case from April 27, 2006 until June 1, 2006.  The court denied the request on April 25, 2006 and ordered the matter to remain on calendar.

        On April 27, 2006, neither Ms.  Morales nor her client were present.  Roger Doyle, Certified Law Student, appeared for defendant who was not present.  The matter was continued to May 3, 2006 at 11:00 a.m., with defendant directed to appear.

        Within seven days of the date of this order, Ms. Morales should show cause in writing why sanctions should not be imposed for her failing to appear personally on this matter on April 27, 2006 and for her informing the defendant there was no need to appear on April 27

/////

1

before the court took any action on the stipulation and proposed order rescheduling the hearing date.

      The Clerk of the Court is directed to serve a copy of this order on Linda C. Harter, First Assistant Federal Defender.

      IT IS SO ORDERED.

DATED: April 27, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

2
kirc0319.osc