```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  REBEKAH R. GIBSON
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806
```

## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 04-0319 KJM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | PETITION FOR PROBATION |
| v. | ) | REVOCATION AND ORDER |
| | ) | TO APPEAR; ORDER THEREON |
| WENDY KIRCHGESTNER, | ) | |
| | ) | DATE:  June 15, 2006 |
| Defendant. | ) | TIME:  10:00 a.m. |
| _____ | ) | JUDGE: Hon. Kimberly J. Mueller |

The United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Petition for Probation Revocation and ask that the hearing set for June 15, 2006, be vacated.

///
///
///
///
///
///
///
///

1 | On June 1, 2006, after the Government's Petition for
2 | Probation Revocation was filed, the defendant paid the outstanding
3 | balance of the Court ordered fine to the Court.
4 | DATED: June 2, 2006                McGREGOR W. SCOTT
                                       United States Attorney
5 |
6 |                                By: /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
7 |                                    Assistant U.S. Attorney
8 |                                ORDER
9 | The court acknowledges the government's motion, and
10 | construes the motion as one to withdraw the petition for probation
11 | revocation, which has not been acted on by the court; the motion
12 | for withdrawal is hereby granted.  No hearing regarding any aspect
13 | of this matter shall be heard on June 15, 2006.
14 | IT IS SO ORDERED.
15 | DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE